UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Gamer Packaging, Inc.,            Civil No. 05-2458 (RHK/AJB)

    Plaintiff,                **ORDER FOR DISMISSAL WITH PREJUDICE**

vs.

Elmer's Products, Inc.,

    Defendant.

---

Based upon the Stipulation of Dismissal with Prejudice (Doc. No. 25) executed by the parties herein, this action, and all claims which were or could have been asserted herein, is hereby **DISMISSED WITH PREJUDICE** and on the merits, and without any additional damages, payments, fees or costs of any sort to be awarded to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: June 20, 2006           s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge